MIRR, Respondent, v. McCREERY, Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Edward Mirr, an infant, by Mary Mirr, his guardian ad litem, against Robert S. McCreery.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the amount of recovery to the sum of $7,500, exclusive of costs, in which event the judgment, as so modified, and the order, are unanimously affirmed, without costs.

---

MOFFETT, Respondent, v. STAPLES, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by John F. Moffett against Orren G. Staples. No opinion. Judgment and order affirmed, with costs.

---

MOHAWK IMPROVEMENT CO., Inc., Respondent, v. EVEREST et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by the Mohawk Improvement Company, Incorporated, against Mortimer Everest and another. No opinion. Order modified, by striking out the requirement of the order numbered 6, and, as so modified, affirmed, without costs.

---

MOOSMAN, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Johanna Miller Moosman, as administratrix, etc., of Jacob Henry Moosman, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment unanimously affirmed, with costs, upon the ground that there is no evidence that the deceased was free from contributory negligence. Le Duc v. New York Cent. & H. R. R. Co., 92 App. Div. 107, 87 N. Y. Supp. 364; Sackheim v. Pigueron, 163 App. Div. 180, 148 N. Y. Supp. 27.

---

MOREHOUSE et al., Respondents, v. WOODRUFF et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by David P. Morehouse and another, as executors, etc., and others, against Caroline B. Woodruff and others, as executors, etc. No opinion. Judgment affirmed, with costs.

---

MORRIS et al. v. CAHN et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Abram Morris and another against Ferdinand Cahn and another. M. J. Cahn, of New York City, for appellants. M. L. Schallek, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 147 N. Y. Supp. 1128; 149 N. Y. Supp. 1098.

---

MORRIS et al. v. CAHN et al. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Abram Morris and another against Ferdinand Cahn and another. With this case has been consolidated in this court cases bearing titles as follows: Abram Morris et al. v. Ferdinand Cahn et al.; Alice Keteltas v. Interboro Rapid Transit Co.; David M. Jacobs v. Edward L. White et al.; Chas. Yung v. Anna M. Blake. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 149 N. Y. Supp. 1098.

---

MORSE, Respondent, v. CORNING & P. P. ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Benjamin Morse, an infant, etc., against the Corning & Painted Post Street Railway Company. No opinion. Judgment and order affirmed, with costs.

---

MOSS et al., Respondents, v. SILVERMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Emma Moss and others against Arthur E. Silverman. E. S. Cahn, of New York City, for appellant. E. Dreyfus, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re MULLIGAN. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of Agnes K. Mulligan. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 82 Misc. Rep. 336, 143 N. Y. Supp. 686.

---

MURPHY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by William A. Murphy against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

---

MUTUAL LIFE INS. CO., Respondent, v. STEPHENS et al., Appellants. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by the Mutual Life Insurance Company against Melvin Stephens and others. E. D. Boyer, of New York City, for appellants. M. Downs, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

SCOTT, J., dissents.

---

NAKRISKY v. KRAMER. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Meyer Nakrisky against David Kramer. No opinion. Motion granted, with $10 costs. Order filed.